**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2332EM

_____

Harbor Venture, Inc.; Horseshoe    *
Casinos, (Missouri), L.L.C.; Missouri   *
River Equities, Inc.,    *

     *

          Appellants,    *    Appeal from the United States

     *    District Court for the Eastern

    v.      *    District of Missouri.

     *

John Nichols; Missouri Coalition for   *       [UNPUBLISHED]
the Environment,    *

     *

          Appellees.    *

_____

Submitted: December 10, 1997
Filed: January 7, 1998

_____

Before FAGG, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Harbor Venture, Inc., Horseshoe Casinos, L.L.C., and Missouri River Equities, Inc. appeal the district court's ruling rejecting their contention that a gambling enterprise is permitted on real estate governed by the terms of a 1976 consent decree. After de novo review, we are satisfied the district court correctly interpreted the consent decree and the record supports the district court's ruling. Because a comprehensive opinion in this case would lack precedential value, we affirm for the reasons set forth in the district court's well-reasoned opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.